**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>  ARGUSTIA HILL JR<br>  JACQUELYN M HILL<br>      Debtor(s) | Case No. 11-47305 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/22/2011.

2) The plan was confirmed on 02/02/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 10/23/2014.

6) Number of months from filing to last payment: 35.

7) Number of months case was pending: 41.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $8,188.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $8,145.01 |
| Less amount refunded to debtor | $570.26 |

**NET RECEIPTS:** **$7,574.75**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $339.63 |
| Other | $385.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$4,224.63**

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA CHECKMATE | Unsecured | 1,500.00 | 2,236.39 | 2,236.39 | 82.82 | 0.00 |
| AMC MORTGAGE SVCS | Secured | 121,500.00 | NA | NA | 0.00 | 0.00 |
| AMC MORTGAGE SVCS | Unsecured | 121,500.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,000.00 | 1,045.37 | 1,045.37 | 35.28 | 0.00 |
| ARONSON FURNITURE | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| ARONSONS FURNITURE | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| ATT | Unsecured | 588.00 | NA | NA | 0.00 | 0.00 |
| ATT MIDWEST | Unsecured | 588.00 | NA | NA | 0.00 | 0.00 |
| BROTHER LOAN & FINANCE CO | Unsecured | 1,500.00 | 2,236.39 | 2,236.39 | 82.82 | 0.00 |
| CHARTER ONE BANK CHE | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN MORTGAGE CO | Unsecured | 17,263.00 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN MORTGAGE CO | Secured | 100,000.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,500.00 | 1,983.53 | 1,983.53 | 73.43 | 0.00 |
| CITY OF HICKORY HILLS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF HICKORY HILLS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF HICKORY HILLS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,000.00 | 1,358.58 | 1,358.58 | 36.87 | 0.00 |
| CRANDON EMERGENCY PHYSICIAN | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 8,930.00 | 9,495.11 | 9,495.11 | 351.55 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 3,848.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 2,367.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| HONOR FINANCE | Secured | 1,850.00 | 638.14 | 638.14 | 0.00 | 0.00 |
| HONOR FINANCE | Unsecured | NA | 48.67 | 48.67 | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | NA | 5,740.32 | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 700.00 | 726.00 | 726.00 | 15.12 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 7,500.00 | 5,973.26 | 5,973.26 | 221.17 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 364.00 | 1,105.23 | 1,105.23 | 37.30 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS TITLE LOANS | Secured | 1,512.00 | 837.56 | 837.56 | 837.56 | 42.81 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | 4,700.07 | 4,700.07 | 174.03 | 0.00 |
| MCSI/RMI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 2,083.00 | 1,337.26 | 1,337.26 | 36.30 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 596.36 | 596.36 | 16.19 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 870.35 | 870.35 | 32.22 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| NEXTEL | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,356.00 | NA | NA | 0.00 | 0.00 |
| NUMARK CREDIT UNION | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ORRINGTON LI DDS PC | Unsecured | 469.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,123.00 | 1,665.92 | 1,665.92 | 50.75 | 0.00 |
| PEOPLESENE | Unsecured | 566.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 661.00 | 576.00 | 576.00 | 15.63 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 493.77 | 493.77 | 15.03 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 291.85 | 291.85 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 10.00 | 17,206.90 | 17,206.90 | 637.08 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 87.00 | 87.35 | 87.35 | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | NA | 87.35 | 87.35 | 0.00 | 0.00 |
| SHAMROCK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SHORE HOSPITAL | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| SPEEDYCASH.COM | Unsecured | 833.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 969.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 969.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 212.00 | 1,708.30 | 1,708.30 | 52.06 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 514.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 596.62 | 596.62 | 16.20 | 0.00 |
| UNITED CONSUMER FINANCIAL SRV | Secured | NA | 269.25 | 269.25 | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SRV | Unsecured | 1,487.00 | 1,643.07 | 1,912.32 | 70.80 | 0.00 |
| US DEPT OF ED SALLIE MAE | Unsecured | 4,734.00 | 11,265.29 | 11,265.29 | 417.10 | 0.00 |
| VILLAGE OF RICHTON PARK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK | Unsecured | 3,676.00 | NA | NA | 0.00 | 0.00 |
| WINDY CITY EMERGENCY PHYSICIA | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,475.70 | $837.56 | $42.81 |
| All Other Secured | $269.25 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,744.95** | **$837.56** | **$42.81** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$69,604.24** | **$2,469.75** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,224.63 |
| Disbursements to Creditors | $3,350.12 |
| **TOTAL DISBURSEMENTS :** | **$7,574.75** |

   12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/05/2015                             By: /s/ Tom Vaughn
                                                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**